IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MYLES HARRIS, | § | |
| | § | No. 475, 2022 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware, in |
| | § | and for New Castle County |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1703019702A&B; |
| Plaintiff Below, | § | 1702016968 |
| Appellee. | § | |

Submitted: July 12, 2023
Decided: July 14, 2023

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **O R D E R**

On this 14th day of July 2023, the Court having considered this matter on the briefs filed by the parties and having determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its ruling dated November 28, 2022.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice